**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>Faith Copp</u>

   **v.**                                                  Case No. 05-cv-214-PB

<u>Freudenberg-NOK
General Partnership, et al.</u>


**O R D E R**

It is undisputed that (1) Faith Copp's employer, FNGP Manufacturing General Partnership, is a partnership rather than a corporation; (2) Freudenberg-NOK is a general partner in FNGP Manufacturing; and (3) Freudenberg and Company is a general partner in the Freudenberg-NOK General Partnership. Copp's claims against both partnerships arise from their status as partners rather than as corporate parents or as independently liable defendants. Under these circumstances, both defendants are immune from suit under New Hampshire's Worker's Compensation Law. See <u>Swiezynski v. Civiello</u>, 126 N.H. 142, 144 (1985). Defendants' request for summary judgment (Doc. No. 7) is granted.

    SO ORDERED.


                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


December 7, 2005

cc:   Matthew Lahey, Esq.
       Andrew Dunn Esq.